



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLEY G. LEACH
Deputy Attorney General
State Counsel Division

March 5, 2008

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-8550

**By Hand Delivery**
Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re: <u>Choice Scott v. Brian Fischer; Glenn Goord, et al. (07 CV 11303) (NRB)</u>

Dear Judge Buchwald:

This Office represents defendants - employees or former employees of the Department of Correctional Services ("DOCS") in the above action. To date, we have received requests for representation from two of four named defendants, and are in the process of determining whether service has been effected on the other two named defendants. On defendants' behalf, we respectfully request until May 1, 2008, to answer, move or otherwise respond to the complaint. Plaintiff's counsel has graciously consented to this extension of time.

The time requested not only will afford defendants an opportunity to assess the complaint, but it will also afford all parties to the action, and the Court itself, the benefit of what this Office believes are imminent rulings from the New York State Court of Appeals defendants believe are likely to be dispositive of the issues arising out of post-release supervision imposed (defendants believe) automatically by the State criminal sentencing courts. Several similar actions to be argued before the Court of Appeals on March 12, 2008 are expected to be decided by May 2008. Because the defenses in this action rely on Judge Kaye's previous rulings on the subject, defendants believe it prudent to await the decisions. Plaintiff's counsel does not agree that the Court of Appeals will bear upon the federal issues, but is willing to afford defendants time to evaluate defenses.

Respectfully submitted,

Michael J. Keane
Assistant Attorney General

cc: Robert T. Perry, Esq. / 350 Broadway / Suite 1207 / New York, NY 10013 / 212-219-9410