AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CHOICE SCOTT,
              Plaintiff,

V.

BRIAN FISCHER; GLENN S. GOORD;
RICHARD de SIMONE; AUDREY THOMPSON;
and JOHN DOES, Nos. 1-10 (members of the
New York State Department of Correctional
Services whose names are presently unknown
to plaintiff),
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11303**

**JUDGE BUCHWALD**

TO: (Name and address of Defendant)

AUDREY THOMPSON
New York State Division of Parole
340 Livingston Street
Brooklyn, New York 11217-1008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT T. PERRY
350 Broadway, Suite 1207
New York, New York 10013
(212) 219-9410

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK _(signature)_

DATE: DEC 17 2007

(By) DEPUTY CLERK

C9P – PERSONAL
ROBERT T. PERRY

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

CHOICE SCOTT,
    PLAINTIFF

– vs. –

BRIAN FISCHER ET AL,
    DEFENDANT

Index No: **07CV11303**
Date Filed: **00/00/0000**
Office No:
Court Date: **N/A**

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**WILLEM JOSEPH** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

That on **03/12/2008** at **10:30AM** at **340 LIVINGSTON STREET %NEW YORK STATE DIVISION OF PAROLE, BROOKLYN, NY 11217**, I served the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **AUDERY THOMPSON** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **BLACK** | HAIR: **BLACK** |
| APP. AGE: **40** | APP. HT: **5'4** | APP. WT: **150** |
| OTHER IDENTIFYING FEATURES: **GLASSES** | | |

That at the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **AUDERY THOMPSON** the **DEFENDANT** in this action.

Sworn to before me on **03/20/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

WILLEM JOSEPH – 1038476
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
Ref#: **1RTP923993**
ER